UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06811-JWH (SP) | Date | February 10, 2022 |
|---|---|---|---|
| Title | MARLON ABRAHAM ROSASEN, et al. v. KINGDOM OF NORWAY, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Dismissal of Minor Plaintiffs' Claims**

On August 24, 2021, plaintiff filed a Motion for Appointment as Guardian Ad Litem ("GAL") for his children D.T.R. and L.A.R. who are also named plaintiffs. The court denied the motion on September 21, 2021, finding that plaintiff would have a potential conflict of interest in representing his children in this case. The court ordered plaintiff to propose an alternative, non-conflicted, and disinterested GAL by October 22, 2021.

On October 22, 2021, plaintiff filed a Motion for Reconsideration of the court's September 21, 2021 order. The court denied reconsideration on December 2, 2021. In its order, the court also noted that the minor plaintiffs must be represented by counsel. The court stated:

> if plaintiffs wish to proceed with the minor plaintiffs' claims, within 21 days, that is, by **December 23, 2021**: (1) plaintiffs must retain counsel for the minor plaintiffs; (2) the attorney or attorneys for the minor plaintiffs must file notices of their appearance in this case; and (3) plaintiffs' counsel must file petitions for appointment of a non-conflicted guardian ad litem for the minor plaintiffs. Alternatively, the minor plaintiffs may voluntarily dismiss their claims without prejudice.

Docket no. 20. To date, plaintiff has not complied with these instructions.

Accordingly, the court orders plaintiff to show cause why the claims raised on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06811-JWH (SP) | Date | February 10, 2022 |
|---|---|---|---|
| Title | MARLON ABRAHAM ROSASEN, et al. v. KINGDOM OF NORWAY, et al. | | |

behalf of the minor plaintiffs should not be dismissed without prejudice. *See Johns v. Cnty. of San Diego*, 114 F.3d 874, 877-78 (9th Cir. 1997) (parent cannot bring action on behalf of minor without retaining counsel). Plaintiff must file a response to this order to show cause **no later than February 25, 2022**. **The court warns plaintiff that failure to respond to this order to show cause may result in the dismissal of the minor plaintiffs' claims without further notice to plaintiff.**