**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLON ABRAHAM ROSASEN, et al., <br><br> Plaintiff, <br><br> v. <br><br> KINGDOM OF NORWAY, et al., <br><br> Defendants. | Case No. 2:21-cv-06811-SPG (SP) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

1       IT IS THEREFORE ORDERED: (1) the Second Amended Complaint is
2 stricken as improperly filed; and (2) Judgment will be entered dismissing the First
3 Amended Complaint and this action with prejudice and without leave to amend.

5 DATED: September 19, 2022

7       HONORABLE SHERILYN PEACE GARNETT
      UNITED STATES DISTRICT JUDGE