JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ABRAHAM ROSASEN, et al., <br><br> Plaintiff, <br><br> v. <br><br> KINGDOM OF NORWAY, et al., <br><br> Defendants. | Case No. 2:21-cv-06811-SPG (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice and without leave to amend.

Dated: September 21, 2022

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE