FILED

JAN 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARLON ABRAHAM ROSASEN, | No. 22-55980 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-06811-SPG-SP<br>Central District of California,<br>Los Angeles |
| and | |
| DTR, a minor; LAR, a minor, | ORDER |
| Plaintiffs, | |
| v. | |
| KINGDOM OF NORWAY, as Responsible Party for the Following Agencies and Instrumentalities; et al., | |
| Defendants-Appellees. | |

Before: CLIFTON and SANCHEZ, Circuit Judges.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 4).

The opening brief is due March 8, 2023. Because there is no appearance by appellees, briefing will be completed upon the filing of the opening brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3.

LCC/MOATT